UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERNEST JACK HILL, III | : | |
| Plaintiff, | : | Civil No. 3:10-CV-1743 |
| v. | : | |
| HARLEY LAPPIN, et. al., | : | (Judge Kosik) |
| Defendants. | : | |

**ORDER**

AND NOW, this __16__ day of January 2013, IT IS HEREBY ORDERED THAT:

1. The October 12, 2012 Report and Recommendation (Doc. 172) of Magistrate Judge Martin C. Carlson is ADOPTED, as outlined in the attached Memorandum;

2. Defendants' Motion to Dismiss, or, in the Alternative, for Summary Judgment (Doc. 137) is GRANTED, in part and DENIED, in part; and

3. The above-captioned case is REMANDED to the Magistrate Judge for further proceedings consistent with this Memorandum and Order.

Edwin M. Kosik
United States District Judge